NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――――――

**IDEAHUB INC.,**
*Appellant*

**v.**

**UNIFIED PATENTS, LLC,**
*Appellee*

―――――――――――――

2024-1684

―――――――――――――

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. PGR2022-00044.

―――――――――――――

## JUDGMENT

―――――――――――――

MICHAEL NEWMAN, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, PC, Boston, MA, argued for appellant. Also represented by PETER CUOMO, AMY LOBUE, JAMES M. WODARSKI.

MICHAEL QIAN, Haynes and Boone, LLP, Dallas, TX, argued for appellee. Also represented by DEBRA JANECE MCCOMAS, DAVID L. MCCOMBS; JONATHAN R. BOWSER, ANGELA M. OLIVER, Washington, DC; ROSHAN

MANSINGHANI, JESSICA LEANN ANDERSEN MARKS, Unified Patents, LLC, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (HUGHES and STOLL, *Circuit Judges*, and SEEBORG, *Chief District Judge[1]*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 10, 2026
Date

Jarrett B. Perlow
Clerk of Court

---

[1]    Honorable Richard Seeborg, Chief District Judge, United States District Court for the Northern District of California, sitting by designation.